**J. Lucile LOGAN, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, BUREAU OF WORKERS' COMPENSATION and Administrative Law Judge Linda Newman, Appellees.**

Supreme Court of Pennsylvania.

April 17, 2000.

### ORDER

PER CURIAM.

AND NOW, this 17th day of April, 2000, the order of the Commonwealth Court is affirmed.

---

decedent for his own protection. However, this suggestion overlooks the fact that there was no urgency for appellee to confront the decedent in the first instance.

13. Since we have determined that the convictions for PIC and criminal conspiracy were supported by sufficient evidence, there is no reason to address the Commonwealth's alternative "mercy verdict" theory in the instant case.